No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the transportation of whiskey in a dry area; the punishment, ninety days in jail and a fine of $400.

The State has filed a motion to strike the statement of facts on the grounds that the same was filed too late.

Notice of appeal was given on May 8, 1952. The statement of facts was filed on August 7, 1952, and hence was filed too late. Bichon v. State, Tex.Cr.App., 230 S.W.2d 812. The State's motion is granted.

There are no bills of exception in the record.

The proceedings are in all things regular; and no reversible error appearing, the judgment of the trial court is affirmed.

## RAWLINS v. STATE.

### No. 26063.

Court of Criminal Appeals of Texas.

Nov. 26, 1952.

## James TUCKER, Appellant, v. STATE, Appellee.

### No. 26067.

Court of Criminal Appeals of Texas.

Nov. 26, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the unlawful possession of whiskey for the purpose of sale in a dry area; the punishment, a fine of $250 and 60 days in jail.

Accompanying the record is an affidavit in proper form, executed by the appellant, requesting the dismissal of the appeal.

The request is granted, and the appeal is dismissed.